B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE: **Darryl Anthony White**
**Cordelia Vanessa White**

CASE NO **15-60909**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Carolina Finance
5304 Indian Grave Rd Ste
Roanoke, VA 24018
xxxx1701

**Describe Property Securing Debt:**
2012 Dodge Journey

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Exeter Finance Corp
Po Box 166097
Irving, TX 75016
xxxxxxxxxxxxx1001

**Describe Property Securing Debt:**
2010 Buick Lacrosse

Property will be (check one):
☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

IN RE: **Darryl Anthony White**  
**Cordelia Vanessa White**

CASE NO **15-60909**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

---

**Property No. 3**

| **Creditor's Name:** Mariner Finance 2217 Plank Road Fredericksburg, VA 22401 xxxx/8196 | **Describe Property Securing Debt:** 2000 Oldsmobile Intrigue |

Property will be (check one):  
☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):  
☐ Claimed as exempt ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): YES ☐ NO ☐ |

---

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **6/6/2019**   Signature **/s/ Darryl Anthony White**  
*Darryl Anthony White*

Date **6/6/2019**   Signature **/s/ Cordelia Vanessa White**  
*Cordelia Vanessa White*